**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>G.M. SIGN, INC.<br><br>v.<br><br>GROUP C COMMUNICATIONS, INC. | Case Number:<br>FILED: AUGUST 11, 2008<br>08CV4521<br>JUDGE DARRAH<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GROUP C COMMUNICATIONS, INC.                                    JFB

| |
|---|
| NAME (Type or print)<br>Stephanie Espinoza |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>      s/ Stephanie Espinoza |
| FIRM<br>Marwedel, Minichello & Reeb, P.C. |
| STREET ADDRESS<br>10 S. Riverside Plaza, Suite 720 |
| CITY/STATE/ZIP<br>Chicago, IL  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06278778 | TELEPHONE NUMBER<br>312-902-1600 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐