**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **G.M. SIGN, INC.,** ) | |
| ) | |
| Plaintiff, ) | **CASE NO. 08-CV-4521** |
| ) | |
| vs. ) | **JUDGE DARRAH** |
| ) | |
| **GROUP C COMMUNICATIONS, INC.,** ) | **MAGISTRATE JUDGE COX** |
| ) | |
| Defendant. ) | |

**NOTIFICATION OF AFFILIATES**

Pursuant to Loc. R. 3.2 for the U.S. District Court, Northern District of Illinois, Defendant Group C Communications, Inc. (hereinafter, "Group C"), by and through its attorneys, Dennis Minichello and Stephanie Espinoza of Marwedel, Minichello & Reeb, P.C., hereby states that Group C has no publicly held affiliates.

|  |  |
|---|---|
|  | Respectfully submitted, |
| **OF COUNSEL:** |  |
|  | ___/s/ Stephanie Espinoza_____ |
| **BENESCH FRIEDLANDER COPLAN** | DENNIS MINICHELLO |
| **& ARONOFF LLP** | STEPHANIE ESPINOZA |
|  | Marwedel, Minichello & Reeb, P.C. |
| ERIC LARSON ZALUD | 10 South Riverside Plaza, Suite 720 |
| (Ohio Bar #0038959) | Chicago, Illinois  60606 |
| WILLIAM I. KOHN | Telephone:  (312) 902-1600 |
| (Illinois Bar # 6224094) | Fascimile:   (312) 902-9900 |
| 2300 BP Tower |  |
| 200 Public Square | *Attorneys for Defendant Group C* |
| Cleveland, OH 44114 | *Communications, Inc.* |
| Telephone:  (216) 363-4178 |  |
| Facsimile:  (216) 363-4588 |  |
| ezalud@bfca.com |  |
|  |  |
| RYAN P. HATCH |  |
| (Ohio Bar #0080910) |  |
| 41 South High Street, 26th Floor |  |
| Columbus, OH 43215 |  |
| Telephone:  (614) 223-9300 |  |
| Facsimile:  (614) 223-9330 |  |
| rhatch@bfca.com |  |

## CERTIFICATE OF SERVICE

  I, Stephanie Espinoza, an attorney, certify that on this 15th day of August, 2008, I electronically filed Group C Communications, Inc.'s Notice of Affiliates with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

- **Phillip A. Bock**
  phil@bockhatchllc.com,gina@bockhatchllc.com
- **Dennis Minichello**
  dminichello@mmr-law.com,jturner@mmr-law.com
- **Brian J Wanca**
  buslit@andersonwanca.com

  The undersigned further hereby certifies that a true and accurate copy of the foregoing Notice of Affiliates was served upon the following by regular U.S. mail, postage prepaid, this 15th day of August, 2008:

      Mr. Brian J. Wanca
      Anderson + Wanca
      3701 Algonquin Road, Suite 760
      Rolling Meadows, IL 60008

      Phillip A. Bock
      Bock & Hatch, LLC
      134 N. La Salle St., Suite 1000
      Chicago, IL 60602
      *Attorneys for Plaintiff G.M. Sign, Inc.*

            /s/Stephanie Espinoza
            STEPHANIE ESPINOZA