IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., ) | |
| ) | |
| Plaintiff, ) | CASE NO. 08-CV-4521 |
| ) | |
| vs. ) | JUDGE DARRAH |
| ) | |
| GROUP C COMMUNICATIONS, INC., ) | MAGISTRATE JUDGE COX |
| ) | |
| Defendant. ) | |

**DEFENDANT GROUP C COMMUNICATION, INC.'S NOTICE OF INTENT TO OPPOSE PLAINTIFF G.M. SIGN, INC.'S MOTION FOR CLASS CERTIFICATION**

Now comes Defendant Group C Communication, Inc. ("Group C"), by and through its attorneys, Dennis Minichello and Stephanie Espinoza of Marwedel, Minichello & Reeb, P.C., and hereby provides notice of its intent to oppose Plaintiff G.M. Sign, Inc.'s ("Plaintiff") Motion for Class Certification (the "Motion").

On or about July 11, 2008, Plaintiff filed its Complaint in the instant matter in the Circuit Court of the 19th Judicial Circuit in Lake County, Illinois. In addition to the Complaint, Plaintiff simultaneous filed its Motion describing purported classes of persons for which Plaintiff and its counsel seeks to represent in this matter. As noted in the Motion, however, Plaintiff did not file a supporting memorandum of law in support of such certification and, instead, noted that a memorandum of law would be filed "in due course." Group C removed the instant case on or about August 11, 2008.

As of the filing of this Notice, Plaintiff has not filed such memorandum of law in support of its Motion. Accordingly, Group C hereby reserves the right to file an opposition brief to the Motion until such time as Plaintiff properly submits a memorandum of law to support the otherwise bald legal assertions contained in the Motion. *See, e.g.,* Oshana v. Coca-Cola Co., 472

F.3d 506, 513 (7th Cir. 2006) (holding that plaintiff bears the burden of showing the proposed class meets the requisite requirements for certification).

|  |  |
|---|---|
| **OF COUNSEL:** | Respectfully submitted, |
| **BENESCH FRIEDLANDER COPLAN & ARONOFF LLP** | /s/Stephanie Espinoza<br>DENNIS MINICHELLO<br>STEPHANIE ESPINOZA<br>Marwedel, Minichello & Reeb, P.C. |
| ERIC LARSON ZALUD<br>(Ohio Bar #0038959)<br>WILLIAM I. KOHN<br>(Illinois Bar # 6224094)<br>2300 BP Tower<br>200 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 363-4178<br>Facsimile: (216) 363-4588<br>ezalud@bfca.com<br>RYAN P. HATCH<br>(Ohio Bar #0080910)<br>41 South High Street, 26th Floor<br>Columbus, OH 43215<br>Telephone: (614) 223-9300<br>Facsimile: (614) 223-9330<br>rhatch@bfca.com | 10 South Riverside Plaza, Suite 720<br>Chicago, Illinois 60606<br>Telephone: (312) 902-1600<br>Fascimile: (312) 902-9900<br><br>*Attorneys for Defendant Group C Communications, Inc.* |

**CERTIFICATE OF SERVICE**

      I, Stephanie Espinoza, an attorney, certify that on this 18th day of August, 2008, I electronically filed Group C Communications, Inc.'s Notice of Intent to Oppose Plaintiff G.M. Sign, Inc.'s Motion for Class Certification with the Clerk of the Northern District of Illinois via its CM/ECF system, which will send a notice of electronic filing to the following counsel:

- **Phillip A. Bock**
  phil@bockhatchllc.com,gina@bockhatchllc.com
- **Dennis Minichello**
  dminichello@mmr-law.com,jturner@mmr-law.com
- **Brian J Wanca**
  buslit@andersonwanca.com

      /s/Stephanie Espinoza
      STEPHANIE ESPINOZA