*TFM Show list rental.*

# CHICAGO
## CONVENTION AND TOURISM BUREAU

2301 South Lake Shore Drive
Chicago, IL 60616-1490
P: 312-567-8500  F: 312-567-8533

Jennifer Staats
Group C Communications
44 Apple Street, Suite 3
Trinton Falls, NJ 07724

## INVOICE

| | |
|---|---|
| Date: | 11/29/04 |
| Invoice No: | DATA-262 |
| Rep | Cindy P |
| Acct | 1440/4229 |

 *attendee*

DataChicago service provided 9,881 records at a cost of $.50 a record for a total of $4,940.50.

**TOTAL DUE THIS INVOICE**      **$4,940.50**

**\*\*THANK YOU FOR YOUR SUPPORT\*\***

Notice: Pursuant to Section 6033(e) of the Internal Revenue Code, we are providing you with an estimate of the percentage of your dues allocable to lobbying expense. Pursuant to Section 162(e) of the Code, this amount may not be deductible for income tax purposes. Estimated portion of dues: 1.3%


EXHIBIT #8 id 5/11/09