## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| G.M. SIGN, INC., individually and as the representative of a class of similarly situated persons, ) ) ) ) Plaintiff, ) ) v. ) ) GROUP C COMMUNICATIONS, INC., ) ) Defendant. ) | Case No. 08-cv-4521<br><br>Judge John W. Darrah |

### ORDER

On January 10, 2011 this Court entered a judgment against Defendant in the amount of $18,966,000 (Document 84).

On February 16, 2011 a status conference was held. In conjunction with that status, counsel for Plaintiff reported to the Court that on April 5, 2010 notice was sent to the class by fax, and on June 18, 2010 notice was sent by U.S. mail to class members whose fax machines had not accepted the notice by fax. As a result of that notice, class members who received a total of 90 faxes chose to opt-out of the case (Document 86).

The January 10, 2011 judgment was for $500 per fax, for a total of $18,966,000 (Document 84). That judgment should now be reduced by the damages corresponding to the 90 faxes received by the class members who opted-out (Document 86).

Therefore, the judgment against Defendant is reduced by $45,000, which is equal to 90 faxes at $500 per fax.

The total judgment against Defendant is amended to $18,921,000.

**IT IS SO ORDERED**

DATED: 2-17, 2011

Hon. John W. Darrah