# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois, Eastern Division

| | |
|---|---|
| G.M. Sign, Inc. *Plaintiff* v. Group C Communications, Inc. *Defendant* | Civil Action No. 08 C 4521 |

**AMENDED JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

X other: Judgment is entered against the defendant in the amount of $18,921,000.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

Date: 2/22/11

Michael W. Dobbins, Clerk of Court

s/Melanie A. Foster
Melanie A. Foster, Deputy Clerk